UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   00-14520-BKC-RAM
DAMON ANDRE POWELL

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 3,642.80 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 9/22/06

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

DAMON ANDRE POWELL
3601 N.W. 20TH STREET
MIAMI, FL 33142

ENRIQUE J. VENTURA, JR, ESQ
255 ALHAMBRA CIRCLE
SUITE 424
CORAL GABLES, FL 33134

ALMA ABREU
3721 SW 160 AVE
APT #108
MIRAMAR, FL 33027

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   00-14520-BKC-RAM
DAMON ANDRE POWELL

                                      CHAPTER 13


DAMON ANDRE POWELL            ---------$      2,097.65

3601 N.W. 20TH STREET
MIAMI, FL 33142


ENRIQUE J. VENTURA, JR, ESQ
255 ALHAMBRA CIRCLE
SUITE 424
CORAL GABLES, FL 33134

ALMA ABREU                    ---------$      1,545.15
3721 SW 160 AVE
APT #108
MIRAMAR,FL 33027

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

# 271287    — LP

September 27, 2006
14:31:21

**UNCLAIM**
00-14520
Debtor.: DAMON ANDRE POWELL
Judge..: ROBERT A MARK
Amount.:           $1,545.15 CH
Check#.: 939718

**UNCLAIM**
00-14520
Debtor.: DAMON ANDRE POWELL
Judge..: ROBERT A MARK
Amount.:           $2,097.65 CH
Check#.: 939717

Total-> $3,642.80

FROM: NANCY N HERKERT
      POB 278783
      MIRAMAR FL 33027